**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

MATTHEW WAYNE RAYNOR,

     Defendant.

Case No. 2:25-mj-00508-EJY

[PROPOSED] ORDER

The Court finds that Mr. Raynor has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Raynor is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that this case is Closed.

DATED this 27th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3